UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | § § | Chapter 11 |
| JOHN DAUGHERTY REAL ESTATE, INC. | § § | Case No. 20-31293 |
| Debtor. | § § | |
| ERICH MUNDINGER, Liquidating Trustee for the JDRE Liquidating Trust, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. Proc. No. 22-03033 |
| HEARST NEWSPAPERS, LLC, d/b/a THE HOUSTON CHRONICLE PUBLISHING COMPANY, HEARST COMMUNICATIONS, INC., THE HEARST CORPORATION, and THE HOUSTON CHRONICLE, | § § § § § § | |
| Defendants. | § | |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF TRUSTEE'S COMPLAINT FOR AVOIDANCE AND RECOVERY OF <u>PREFERENTIAL TRANSFERS AND FRAUDULENT TRANSFERS</u>**

The above-styled plaintiff and defendants respectfully file this stipulation of dismissal with prejudice of the above-captioned complaint (the "Complaint") pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure.  The parties have resolved all claims and causes of action set forth in the Complaint, pursuant to a settlement. The settlement has closed. Pursuant to the settlement, the parties in this proceeding stipulate and agree that the claims and causes of action asserted in this adversary proceeding shall be dismissed, with prejudice, and that each party shall bear its own costs.

Respectfully submitted,

O'CONNOR WECHSLER PLLC

By: */s/ Annie Catmull*
Annie E. Catmull
Texas Bar No. 00794932
aecatmull@o-w-law.com
4400 Post Oak Plaza, Suite 2360
Houston, TX  77027
Telephone: 281-814-5977

ATTORNEYS FOR PLAINTIFF

BARCLAY DAMON LLP

By: */s/ Janice B. Grubin*
Janice B. Grubin
New York Bar No. 2202349
jgrubin@barclaydamon.com
1270 Avenue of the Americas, Suite 501
New York, NY 10020
Telephone: 212-784-5808

ATTORNEYS FOR DEFENDANTS